# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.:   CV-12-933-R                                DATE: OCTOBER 10, 2012

TITLE: ADOLFO BANUELOS -V- FEDERAL HOME LOAN MORTGAGE CORP et al
================================================================
PRESENT:

HON. MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANT:

   Not present                                               Not present

PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution

THIS MATTER IS SET ON CALENDAR FOR HEARING ON OCTOBER 29, 2012 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF TO FILE PROOFS OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT.

PRESENCE OF PRO SE LITIGANT AND/OR COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

MINUTES FORM II                                                     Initials of Deputy Clerk__WH___
CIVIL - GEN                              D-M